UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGIDSON FILMS, INC., | No. CV 10-7469 PA (FMOx) |
| Petitioner, | JUDGMENT |
| v. | |
| GOLDVISION, | |
| Respondent. | |

In accordance with the Court's June 27, 2011 Order granting petitioner Magidson Films, Inc.'s ("Petitioner") Motion to Confirm Arbitration Award;

It is therefore now ORDERED, ADJUDGED, and DECREED that the parties' arbitration award by Arbitrator Mark Litwak dated April 1, 2010, is confirmed.

The Clerk is ordered to enter this Judgment.

DATED: June 27, 2011          _____
                                              Percy Anderson
                              UNITED STATES DISTRICT JUDGE