1  JONATHAN B. SOKOL (SBN 131806)
   JSokol@GreenbergGlusker.com
2  JAMES R. MOLEN (SBN 260269)
   JMolen@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
   Attorneys for Petitioner
7  Magidson Films, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Magidson Films, Inc., | Case No. CV 10-07469 PA (FMOx) |
|---|---|
| Petitioner, | *Assigned To:* Hon. Percy Anderson |
| v. | [PROPOSED] AMENDED JUDGMENT |
| Goldvision, | |
| Respondent. | |

In accordance with the Court's June 27, 2011 Order granting petitioner Magidson Films, Inc.'s ("Petitioner's") Motion to Confirm Arbitration Award;

It is hereby ORDERED, ADJUDGED and DECREED that the April 1, 2010 arbitration award by Arbitrator Mark Litwak in favor of Petitioner and against Respondent Goldvision ("Respondent") (the "Award") is confirmed and judgment is entered pursuant to the terms of the Award as follows:

1. Petitioner shall recover from Respondent damages in the sum of one hundred seven thousand nine hundred and eighteen dollars and twenty two cents ($107,918.22 USD), plus accumulated interest of thirty four thousand, six hundred seventy seven dollars and six cents ($34,677.06 USD), plus attorney fees and costs in the amount of six thousand eight hundred seventy-five dollars ($6,875 USD), plus arbitrator fees in the amount of three thousand dollars ($3,000 USD), for a total award of **one hundred fifty two thousand, four hundred seventy dollars and twenty eight cents ($152,470.28 USD).** Said amount is awarded to Petitioner and Respondent is ordered to pay the same. Any amount not so paid shall bear interest at the rate specified in the parties' June 1, 1993 International Multiple Rights Distribution License Agreement (the "Distribution Agreement"), or otherwise at the highest legal rate under applicable California law on unpaid balance from date of the Award until paid.

2. Respondent has no rights in the motion picture "Baraka" (the "Picture").

3. Respondent and all those who are distributing or selling the Picture under purported authority of Respondent are ordered to immediately cease and desist any further sale or distribution of the Picture.

4. Petitioner has no further obligations to Respondent under the Distribution Agreement.

5. Respondent and all those who may claim any rights of distribution through Respondent are enjoined from any further sale, licenses, distribution, exhibition or other exploitation of the Picture effective as of the date of the Award.

6. To the extent it has not already done so, Respondent shall immediately notify in writing all of its licensees of the Picture that it no longer has any rights to the picture, and henceforth, any communications in regard to the Picture should be directed to Petitioner.

7. Any and all film and video elements and all chain of title documents for the Picture including but not limited to Titles/Textless Background, Printmasters, Music and Effects Mix, Dialogue, Trailer Elements, Digital Trailer Video Masters, Color Slides, photographs, Advertising/Publicity Materials (including artwork, Press Kits, Video Trailer, Electronic Press Kit, Commentary Tracks, Laboratory Access Letters, Dialogue Continuity and Spotting List), and copies of the Picture in any media in the possession or control of Respondent shall be delivered to Petitioner.

The Clerk is ordered to enter this Judgment.

DATED: JULY 5, 2011

_____
Hon. Percy Anderson
United States District Judge